**Fill in this information to identify the case:**

Debtor name  WC 4th and Colorado, LP

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Third Colorado Street, LLC<br>500 W 2nd Street, Suite 1900<br>Austin, Texas 78701 | | | D | $7,844,589.61 | | |
| 2 | Kone Elevators<br>PO Box 894156<br>Los Angeles, CA 90189-4156 | | | | | | $23,020.48 |
| 3 | KONE, Inc.<br>5101 E St. Elmo #315<br>Austin, TX 78744 | | | | | | $14,295.76 |
| 4 | Heads up Cleaning Services<br>PO Box 293<br>Lockhart, TX 78644 | | | | | | $2,581.77 |
| 5 | Will's All Pro Plumbing and Air<br>7847 Fortune Drive<br>San Antonio, TX 78250 | | | | | | $2,165.00 |
| 6 | Clarke Kent Plumbing, Inc<br>1408 W. Ben White Blvd.<br>Austin, TX 78704 | | | | | | $1,324.87 |
| 7 | Vanguard Fire Systems, LP<br>2340 Patterson Industrial Dr<br>Pflugerville, TX 78660 | | | | | | $811.89 |
| 8 | Inoca Holdco II LLC<br>FCS Fox Commercial Services, LLC<br>PO Box 19047<br>Austin, TX 78760 | | | | | | $770.61 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor __WC 4th and Colorado, LP_____  Case number (*if known*)_____
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Facility Solutions Group, Inc. PO Box 896808 Charlotte, NC 28289-6508 | | | | | | $578.90 |
| 10 | ABC Home and Commercial Services 9475 E Highway 290 Austin, TX 78724-2303 | | | | | | $481.74 |
| 11 | Arnold & Placek, P.C. 203 E. Main Street, Suite 201 Round Rock, TX 78664 | | | | | | $425.00 |
| 12 | LPZ Electric LLC 1533 N Interstate 35, Suite #6 Pflugerville, TX 78660 | | | | | | $312.02 |
| 13 | Beckett Electrical Services, LLC PO Box 81381 Austin, TX 78708 | | | | | | $240.86 |
| 14 | The Lost Lei/DW Hospitality, LLC 2918 Bellamy Circle Cedar Park, TX 78613 | | | C | | | unknown |
| 15 | JAC Entertainment, LLC 8114 B Baywood Austin, Texas 78759 | | | | | | $92,153.50 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2