IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WC 4TH AND COLORADO, LP,[1] | § | CASE NO. 20-10881-TMD |
| | § | |
| DEBTOR. | § | |
| | § | |

COLORADO THIRD STREET, LLC'S OBJECTION TO DEBTOR'S
EMERGENCY MOTION FOR ORDER MODIFYING THE DESIGNATION
OF PRODUCED DOCUMENTS AND TO
COMPEL LENDER TO DISCLOSE IDENTITY AND AFFILIATIONS

Colorado Third Street, LLC ("Lender"), as lender to the above-captioned debtor (the "Debtor") files this *Response to Debtor's Emergency Motion for Order Modifying the Designation of Produced Documents and to Compel Lender to Disclose Identity and Affiliations* [Dkt. 76] (the "Motion") *and Debtor's Motion for Expedited Hearing* on the Motion [Dkt. 77], as follows:

1. Lender respectfully requests the opportunity to respond to Debtor's Motion within 7 days. This is not an emergency issue, it does not relate to the upcoming 341 examination of the Debtor, and given the sensitive subject matter at the center of Debtor's request coupled with new daily revelations concerning Debtor's control person's conduct in this and other cases, Lender requests the opportunity to fully brief and be heard on this issue. There is simply no need for an expedited hearing under the circumstances and Debtor has failed to identify any legitimate need for an expedited hearing. Lender respectfully requests 7 days so that it can fully respond and be heard on this issue.

---

[1] The Debtor in this chapter 11 case, along with its last four digits of its federal tax identification number is: WC 4th and Colorado, LP (1759).

2. Briefly, however, Lender has complied with the Court's order; it has produced the documents sufficient to show the identity of its members, managers, beneficial owners, and more. Lender designated 19 pages—of the 2801 pages of documents produced—as Attorneys' Eyes Only under the Confidentiality and Protective Order entered by the Court. The Court clearly contemplated that certain of Lender's documents could be marked Attorneys' Eyes Only when it expressly excluded Sheena Paul as an AEO person from its form Protective Order. Dkt. 60 at ¶2(a)(ii). In any event, there is a valid basis for Lender's designation, which Debtor is prepared to fully explain if given more time to do so.

3. Lender has disclosed its ownership information to Debtor's counsel. But, as Lender has feared for months, according to recent press reports, Debtor seeks access to Lender's ownership information only for improper purposes. Recent press articles accuse Mr. Paul of improperly influencing government investigations against his adversaries. Ex. A. And, a newspaper article published just today, accuses Mr. Paul of influencing governmental action to help him *in this very case* (while it was pending in state court). Ex. B. Exemplary media articles concerning these and other developments can be found at Exhibits A–E.

4. Lender has already provided its identity information to Debtor's counsel. Given this sensitive issue, the fact that there is no emergency, and in light of the evidence that already exists of how Debtor intends to use this information, Lender respectfully requests 7 days to fully brief and be heard on this issue.

5. Lender hereby reserves the right to further object to the substance of Debtor's motion in supplemental briefing.

- 3 -

## CONCLUSION

WHEREFORE, Lender respectfully requests that the Court allow Lender the opportunity to fully brief and be heard on this issue by providing Lender seven days within which to respond to Debtor's Motion. Lender further requests all further relief as the Court deems just and proper.

Respectfully submitted,

**BRACEWELL LLP**

By: */s/ Christopher L. Dodson*
    Jason G. Cohen
    Texas Bar No. 24050435
    Jason.Cohen@bracewell.com
    William A. (Trey) Wood III
    Texas Bar No. 21916050
    Trey.Wood@bracewell.com
    Christopher L. Dodson
    Texas Bar No. 24050519
    Chris.Dodson@bracewell.com
    711 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 223-2300
    Facsimile: (713) 221-1212

*Counsel for Colorado Third Street, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served (i) electronically on the parties registered to receive notice through the court's ECF noticing system on October 8, 2020; and (ii) via electronic mail where available, otherwise by regular U.S. mail, postage prepaid, on the parties listed on the attached Master Service List on October 8, 2020.

                                                             */s/ Christopher L. Dodson*
                                                             Christopher L. Dodson

## MASTER SERVICE LIST

### In re: WC 4th and Colorado, LP

| DEBTOR | |
|---|---|
| WC 4th and Colorado, LP<br>814 Lavaca St.<br>Austin, TX 78701 | |
| **DEBTOR'S PROFESSIONALS** ||
| Fishman Jackson Ronquillo PLLC<br>Mark H. Ralston<br>13155 Noel Road<br>Suite 700<br>Dallas, TX 75240 | Brian Elliott<br>814 Lavaca Street<br>Austin, TX 78701 |
| **UNITED STATES TRUSTEE** ||
| Office of the United States Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701 | |
| **GOVERNMENTAL ENTITIES** ||
| Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | |
| **HOLDERS OF EQUITY INTERESTS IN DEBTORS** ||
| Sangreal Investments, LLC<br>c/o Andy Geller, Western Peak Investment Advisors<br>3502 Sacred Moon Cove<br>Austin, TX 78746 | Independence Holdings I, LLC<br>3909 Balcones Dr<br>Austin, TX 78731 |
| **SECURED CREDITORS** ||
| Colorado Third Street, LLC<br>Attn: Jason G. Cohen<br>William A. Wood III<br>Christopher L. Dodson<br>500 W 2nd Street, Suite 1900<br>Austin, Texas 78701 | |
| **TOP 20 UNSECURED CREDITORS** ||
| Kone Elevators<br>PO Box 894156<br>Los Angeles, CA 90189-4156 | Facility Solutions Group, Inc.<br>PO Box 896808<br>Charlotte, NC 28289-6508 |
| KONE, Inc.<br>5101 E St. Elmo #315<br>Austin, TX 78744 | ABC Home and Commercial Services<br>9475 E Highway 290<br>Austin, TX 78724-2303 |
| Heads up Cleaning Services | Arnold & Placek, P.C. |

| | |
|---|---|
| PO Box 293<br>Lockhart, TX 78644 | 203 E. Main Street, Suite 201<br>Round Rock, TX 78664 |
| Will's All Pro Plumbing and Air<br>7847 Fortune Drive<br>San Antonio, TX 78250 | LPZ Electric LLC<br>1533 N Interstate 35, Suite #6<br>Pflugerville, TX 78660 |
| Clarke Kent Plumbing, Inc<br>1408 W. Ben White Blvd.<br>Austin, TX 78704 | Beckett Electrical Services, LLC<br>PO Box 81381<br>Austin, TX 78708 |
| Vanguard Fire Systems, LP<br>2340 Patterson Industrial Dr<br>Pflugerville, TX 78660 | The Lost Lei/DW Hospitality, LLC<br>2918 Bellamy Circle<br>Cedar Park, TX 78613 |
| Inoca Holdco II LLC<br>FCS Fox Commercial Services, LLC<br>PO Box 19047<br>Austin, TX 78760 | JAC Entertainment, LLC<br>8114 B Baywood<br>Austin, TX 78759 |