MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: WC 4th and Colorado, LP
CASE NUMBER: 20-10881-tmd
PROPOSED PLAN DATE: TBD

PETITION DATE: 8/4/2020
DISTRICT OF TEXAS: Western
DIVISION: Austin

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH AUGUST YEAR 2020

| MONTH | 8/5 - 8/31/20 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 5,837.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 8,693.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 8,693.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

### REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE

| | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | 05-31-2021 |
| LIABILITY | YES (X) NO ( ) | 05-31-2021 |
| VEHICLE | YES (X) NO ( ) | 05-31-2021 |
| WORKER'S | YES ( ) NO ( ) | NA |
| OTHER | YES ( ) NO ( ) | NA |

ATTORNEY NAME: Mark Ralston
FIRM NAME: Fishman, Jackon, Ronquillo
ADDRESS: 13155 Noel Road, Suite 700
CITY, STATE, ZIP: Dallas, TX 75240
TELEPHONE/FAX: 972.419.5544

Are all accounts receivable being collected within terms?  Yes (No) - Tenants are refusing to pay Net Lease payments due to COVID
Are all post-petition liabilities, including taxes, being paid within terms?  (Yes) No
Have any pre-petition liabilities been paid?  Yes (No)
If so, describe
Are all funds received being deposited into DIP bank accounts?  (Yes) No
Were any assets disposed of outside the normal course of business?  Yes (No)
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current?  (Yes) No
What is the status of your Plan of Reorganization?

CIRCLE ONE

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X /s/ Nate Paul (ORIGINAL SIGNATURE)   TITLE: Authorized Agent   DATE 10/8/20
Nate Paul (PRINT NAME OF SIGNATORY)

MOR-1   Revised 07/01/98

CASE NAME: WC 4th and Colorado, LP
CASE NUMBER: 20-10881-tmd

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 08/04/20 | MONTH August | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | |
| Cash | 39,933.46 | 51,902.25 | | | | |
| Accounts Receivable, Net | 191,944.80 | 197,782.25 | | | | |
| Inventory: Lower of Cost or Market | | | | | | |
| Prepaid Expenses | 20,000.00 | 20,000.00 | | | | |
| Investments | | | | | | |
| Other - Cash Held by Lender | 159,757.85 | 159,757.85 | | | | |
| TOTAL CURRENT ASSETS | 411,636.11 | 429,442.35 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 13,402,546.02 | 13,402,546.02 | | | | |
| Less Accumulated Depreciation | 4,087,761.02 | 4,087,761.02 | | | | |
| NET BOOK VALUE OF PP & E | 9,314,785.00 | 9,314,785.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | |
| 1. Net Capitalized Costs | 586,465.30 | 586,465.30 | | | | |
| 2. TRO Bond | 25,000.00 | 25,000.00 | | | | |
| 3. | 0.00 | 0.00 | | | | |
| 4. | | | | | | |
| TOTAL ASSETS | $10,337,886.41 | $10,355,692.65 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: WC 4th and Colorado, LP
CASE NUMBER: 20-10881-tmd

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 08/04/20 | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 9,112.80 | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 7,718,564.57 | 7,718,564.57 | | | | | |
| Priority Debt | 23,939.41 | 23,939.41 | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 59,060.32 | 59,060.32 | | | | | |
| Other - Judgement & RE Taxes | 458,708.12 | 458,708.12 | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 8,260,272.42 | 8,260,272.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 8,260,272.42 | 8,269,385.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 5,500,000.00 | 5,500,000.00 | | | | | |
| RETAINED EARNINGS: Filing Date | -3,422,386.01 | -3,422,386.01 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 8,693.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL OWNERS EQUITY (NET WORTH) | 2,077,613.99 | 2,086,307.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $10,337,886.41 | $10,355,692.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: WC 4th and Colorado, LP
CASE NUMBER: 20-10881-tmd

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 0.00 | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Prepaid Rent | 9,112.80 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $9,112.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: WC 4th and Colorado, LP
CASE NUMBER: 20-10881-tmd

## AGING OF POST-PETITION LIABILITIES
MONTH August

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | | 0.00 | | | | |
| 31-60 | | 0.00 | | | | |
| 61-90 | | 0.00 | | | | |
| 91+ | | 0.00 | | | | |
| TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|
| August | -21,711.86 | 3,252.51 | 49,164.47 | 338,818.04 | $369,523.16 |
| | | | | | $0.00 |
| | | | | | $0.00 |

Note: The secured lender invoked their assignment of rents pre-petition and collected $159,757.85. Debtor has requested a turnover of these funds into the DIP account and expect funding to be completed in September, 2020.

*TR Aging is before the Allowance for Doubtful collections.

MOR-5

Revised 07/01/98

CASE NAME: WC 4th and Colorado, LP
CASE NUMBER: 20-10881-tmd

## STATEMENT OF INCOME (LOSS)

| | MONTH 8/5 - 8/31/20 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 5,837.45 | | | | | | 5,837.45 |
| TOTAL COST OF REVENUES | 0.00 | | | | | | 0.00 |
| GROSS PROFIT | 5,837.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,837.45 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative (Insurance) | 0.00 | | | | | | 0.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | | | | 0.00 |
| Other - Bank Charges | 20.00 | | | | | | 0.00 |
| Other - Utilities | | | | | | | 20.00 |
| TOTAL OPERATING EXPENSES | -2,875.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,875.99 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -2,855.99 | | | | | | -2,855.99 |
| INTEREST EXPENSE | 8,693.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,693.44 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 8,693.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,693.44 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $8,693.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,693.44 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.
Footnote Mandatory.
**Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: WC 4th and Colorado, LP
CASE NUMBER: 20-10881-tmd

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 8/5 - 8/31/20 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| RECEIPTS: | | | | | | | |
| 1. CASH-BEGINNING OF MONTH | $39,933.46 | $51,902.25 | $51,902.25 | $51,902.25 | $51,902.25 | $51,902.25 | $39,933.46 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES - Sept Rent Received 8/31 | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 9,112.80 | | | | | | 9,112.80 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) COA Refund | 2,875.99 | | | | | | 2,875.99 |
| TOTAL RECEIPTS** | 11,988.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,988.79 |
| Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) Bank Charges | 20.00 | | | | | | 20.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS* | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| 22. NET CASH FLOW | 11,968.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,968.79 |
| 23. CASH - END OF MONTH (MOR-2) | $51,902.25 | $51,902.25 | $51,902.25 | $51,902.25 | $51,902.25 | $51,902.25 | $51,902.25 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

$0.00

Revised 07/01/98

CASE NAME: WC 4th and Colorado, LP
CASE NUMBER: 20-10881-tmd

# CASH ACCOUNT RECONCILIATION
## MONTH OF August

| BANK NAME | Security State Bank | Mechanics Bank | | | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 5323 | # 4566 | # | | |
| ACCOUNT TYPE | OPERATING | OPERATING DIP | TAX | OTHER FUNDS | |
| BANK BALANCE (1) | 42,789.45 | 0.00 | | | $42,789.45 |
| DEPOSITS IN TRANSIT (2) | | 9,112.80 | | | $9,112.80 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $42,789.45 | $9,112.80 | $0.00 | $0.00 | $51,902.25 |
| BEGINNING CASH - PER BOOKS | 39,933.46 | 0.00 | | | $39,933.46 |
| RECEIPTS* | 2,875.99 | 9,112.80 | | | $11,988.79 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 20.00 | | | | $20.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | $42,789.45 | $9,112.80 | $0.00 | $0.00 | $51,902.25 |

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

1) Close out of Prepetition SSB account completed on 9/2 with funds being transferred to DIP account.
2) Deposit made on 8/31/20 but did not clear until 9/2/20

MOR-8

Revised 07/01/98

CASE NAME: WC 4th and Colorado, LP
CASE NUMBER: 20-10881-tmd

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. NONE | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. NONE | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

Revised 07/01/98