IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10881-tmd |
| WC 4th AND COLORADO, L.P. | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## NOTICE OF EXPEDITED HEARING

PLEASE TAKE NOTICE that an expedited hearing (the "**Hearing**") will be held on **October 9, 2020 at 11:00 a.m.** in the virtual conference room of Judge Tony M. Davis in the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "**Bankruptcy Court**").

The Hearing will be held via **WEBEX** and is accessible online at https://ao-courts.webex.com/meet/davis. Parties wishing to attend the Hearing should provide any exhibits to the Bankruptcy Court (and to the undersigned counsel), as soon as reasonably possible, as follows: (1) by mail to U.S. Bankruptcy Court, Attn: Sarah Wood, Homer Thornberry Judicial Building, 903 San Jacinto, Suite 322, Austin, TX 78701; and (2) via e-mail to Sarah Wood at sarah_wood@txwb.uscourts.gov and Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov.

The Hearing will address the following motion filed by the Debtor, WC 4th and Colorado LP: *Debtor's Motion for Order Modifying the Designation of Produced Documents and to Compel Lender to Disclose Identity and Affiliations* [Doc 76].

Respectfully submitted,

**FISHMAN JACKSON RONQUILLO PLLC**

/s/ Mark H. Ralston
Mark H. Ralston
State Bar No. 16489460
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 4419-5500
E-mail: mralston@fjrpllc.com

COUNSEL FOR DEBTOR WC 4TH
AND COLORADO, LP

## CERTIFICATE OF SERVICE

This is to certify that the undersigned caused a true and correct copy of the foregoing document to be served on the parties listed on the attached service list by First Class United States Mail and on all persons receiving electronic notice of filings in this case through the ECF system, on this, the 9th day of October, 2020.

/s/ Mark H. Ralston
Mark H. Ralston

5556832.1 FJR 23061.20

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

WC 4th and Colorado, LP
c/o Brian Elliot
814 Lavaca Street
Austin, TX 78701

Third Colorado Street, LLC
500 W 2nd Street, Suite 1900
Austin, Texas 78701

Kone Elevators
PO Box 894156
Los Angeles, CA 90189-4156

KONE, Inc.
5101 E St. Elmo #315
Austin, TX 78744

Heads up Cleaning Services
PO Box 293
Lockhart, TX 78644

Will's All Pro Plumbing and Air
7847 Fortune Drive
San Antonio, TX 78250

Clarke Kent Plumbing, Inc
1408 W. Ben White Blvd.
Austin, TX 78704

Vanguard Fire Systems, LP
2340 Patterson Industrial Dr
Pflugerville, TX 78660

Inoca Holdco II LLC
FCS Fox Commercial Services, LLC
PO Box 19047
Austin, TX 78760

Facility Solutions Group, Inc.
PO Box 896808
Charlotte, NC 28289-6508

ABC Home and Commercial Services
9475 E Highway 290
Austin, TX 78724-2303

Arnold & Placek, P.C.
203 E. Main Street, Suite 201
Round Rock, TX 78664

LPZ Electric LLC
1533 N Interstate 35, Suite #6
Pflugerville, TX 78660

Beckett Electrical Services, LLC
PO Box 81381
Austin, TX 78708

The Lost Lei/DW Hospitality, LLC
2918 Bellamy Circle
Cedar Park, TX 78613

JAC Entertainment, LLC
8114 B Baywood
Austin, TX 78759

Parkerjazz, LLC
10504 Pinehurst Drive
Austin, TX 78747

Rare Hospitality of Texas LP
Capital Grille #8053
PO Box 695012
1000 Darden Center Drive
Orlando, FL 32837

RA Sushi Austin Corp
c/o Mr. Sojan Easow
5201 Tennyson Pkwy, Ste 200
Plano, TX 75024