IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § § | |
| WC 4TH AND COLORADO, LP,[1] | § | CASE NO. 20-10881-TMD |
| | § | |
| DEBTOR. | § § | |

**COLORADO THIRD STREET, LLC'S RESPONSE TO DEBTOR'S
EMERGENCY MOTION FOR ORDER MODIFYING THE DESIGNATION
OF PRODUCED DOCUMENTS AND TO
COMPEL LENDER TO DISCLOSE IDENTITY AND AFFILIATIONS**

Colorado Third Street, LLC ("Lender"), as lender to the above-captioned debtor (the "Debtor") files this *Response to Debtor's Emergency Motion for Order Modifying the Designation of Produced Documents and to Compel Lender to Disclose Identity and Affiliations* [Dkt. 76] (the "Motion"), as follows:

On October 9, 2020, the Court held a hearing on Debtor's Motion and ordered Lender to file a written response to the Motion by today's date, October 16, 2020. Lender files this Response to update the Court on its position in response to Debtor's Motion.

Although Lender's position remains that the beneficial ownership identities of a Texas limited liability company are private and not typically required to be disclosed in bankruptcy when the LLC is a creditor (as opposed to the Debtor), in order to resolve this issue, Lender has de-designated the previously designated "Attorneys' Eyes Only" information as "Confidential" under the Protective Order in place in this case.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: WC 4th and Colorado, LP (1759).

Additionally, Lender's counsel has discussed with Debtor's counsel the request for additional identity-related documentation. Lender previously produced its LLC agreement and the company agreement of its corporate member, but Lender is investigating whether additional documentation exists evidencing the beneficial owners' interests in those entities. Lender's counsel will report back to Debtor's counsel next week. Lender believes the issue will be resolved, but Debtor is not waiving its right to request additional documentation at any time. Lender will confer with Debtor regarding any other concerns about Lender's document production.

## CONCLUSION

WHEREFORE, Lender trusts that the foregoing resolves the complaints raised in Debtor's Motion, making that Motion moot. Lender further requests all further relief as the Court deems just and proper.

Respectfully submitted,

**BRACEWELL LLP**

By: */s/ Christopher L. Dodson*
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bracewell.com
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bracewell.com
Christopher L. Dodson
Texas Bar No. 24050519
Chris.Dodson@bracewell.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

*Counsel for Colorado Third Street, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served (i) electronically on the parties registered to receive notice through the court's ECF noticing system on October 16, 2020; and (ii) via electronic mail where available, otherwise by regular U.S. mail, postage prepaid, on the parties listed on the attached Master Service List on October 16, 2020.

                                          */s/ Christopher L. Dodson*
                                          Christopher L. Dodson

## MASTER SERVICE LIST

### In re: WC 4th and Colorado, LP

| DEBTOR ||
|---|---|
| WC 4th and Colorado, LP<br>814 Lavaca St.<br>Austin, TX 78701 | |
| **DEBTOR'S PROFESSIONALS** ||
| Fishman Jackson Ronquillo PLLC<br>Mark H. Ralston<br>13155 Noel Road<br>Suite 700<br>Dallas, TX 75240 | Brian Elliott<br>814 Lavaca Street<br>Austin, TX 78701 |
| **UNITED STATES TRUSTEE** ||
| Office of the United States Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701 | |
| **GOVERNMENTAL ENTITIES** ||
| Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | |
| **HOLDERS OF EQUITY INTERESTS IN DEBTORS** ||
| Sangreal Investments, LLC<br>c/o Andy Geller, Western Peak Investment Advisors<br>3502 Sacred Moon Cove<br>Austin, TX 78746 | Independence Holdings I, LLC<br>3909 Balcones Dr<br>Austin, TX 78731 |
| **SECURED CREDITORS** ||
| Colorado Third Street, LLC<br>Attn: Jason G. Cohen<br>William A. Wood III<br>Christopher L. Dodson<br>500 W 2nd Street, Suite 1900<br>Austin, Texas 78701 | |
| **TOP 20 UNSECURED CREDITORS** ||
| Kone Elevators<br>PO Box 894156<br>Los Angeles, CA 90189-4156 | Facility Solutions Group, Inc.<br>PO Box 896808<br>Charlotte, NC 28289-6508 |
| KONE, Inc.<br>5101 E St. Elmo #315<br>Austin, TX 78744 | ABC Home and Commercial Services<br>9475 E Highway 290<br>Austin, TX 78724-2303 |
| Heads up Cleaning Services | Arnold & Placek, P.C. |

| | |
|---|---|
| PO Box 293<br>Lockhart, TX 78644 | 203 E. Main Street, Suite 201<br>Round Rock, TX 78664 |
| Will's All Pro Plumbing and Air<br>7847 Fortune Drive<br>San Antonio, TX 78250 | LPZ Electric LLC<br>1533 N Interstate 35, Suite #6<br>Pflugerville, TX 78660 |
| Clarke Kent Plumbing, Inc<br>1408 W. Ben White Blvd.<br>Austin, TX 78704 | Beckett Electrical Services, LLC<br>PO Box 81381<br>Austin, TX 78708 |
| Vanguard Fire Systems, LP<br>2340 Patterson Industrial Dr<br>Pflugerville, TX 78660 | The Lost Lei/DW Hospitality, LLC<br>2918 Bellamy Circle<br>Cedar Park, TX 78613 |
| Inoca Holdco II LLC<br>FCS Fox Commercial Services, LLC<br>PO Box 19047<br>Austin, TX 78760 | JAC Entertainment, LLC<br>8114 B Baywood<br>Austin, TX 78759 |