**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 22, 2020**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 20-10881-tmd |
| WC 4th and COLORADO, LP, | § § | |
| | § | Chapter 11 |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER MODIFYING THE DESGINATION OF PRODUCED DOCUMENTS AND TO COMPEL LENDER TO DISCLOSE IDENTITY AND AFFILIATIONS**

ON this day came on for consideration the *Debtor's Emergency Motion for Order Modifying the Designation of Produced Documents and to Compel Lender to Disclose Identity and Affiliations* (the "**Motion**") filed on October 8, 2020, by Debtor WC 4th and Colorado, LP (the "**Debtor**"). For the reasons set forth in the record, the Motion is granted as provided herein.[1]

---

[1] All capitalized terms not otherwise defined in this order shall have the same meaning as defined in the Motion.

Page 1

It is therefore

ORDERED, that all Lender Identity Information produced as part of Lender's Production is hereby re-designated as "Confidential" information only, and not "Attorneys Eyes Only". It is further,

ORDERED that CTS shall produce within one business day from the date of entry of this order all other Lender Identity Information to Debtor and that such supplemental production shall be designated as "Confidential" information only.

# # # END OF ORDER # # #