IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WC 4TH AND COLORADO, LP,[1] | § | CASE NO. 20-10881-TMD |
| | § | |
| DEBTOR. | § | |
| | § | |

**DEBTOR'S NOTICE AND RESERVATION OF RIGHTS REGARDING ENFORCEMENT OF ORDER MODIFYING THE DESGINATION OF PRODUCED DOCUMENTS AND COMPELLING LENDER TO DISCLOSE IDENTITY AND AFFILIATIONS**

WC 4th and Colorado, LP ("**Debtor**") submits this *Notice and Reservation of Rights* regarding the *Order Granting Debtor's Emergency Motion for Order Modifying the Designation of Produced Documents and to Compel Lender to Disclose Identity and Affiliations* [Doc 97], entered on October 22, 2020 (the "**Discovery Order**"), granting the Debtor's *Emergency Motion for Order Modifying the Designation of Produced Documents and to Compel Lender to Disclose Identity and Affiliations* (the "**Motion**") [Doc 76].[2]

1. As set forth in the Discovery Order, the Court ordered (i) the re-designation of certain documents regarding the "Lender Identity Information" (that is, the information responsive to Debtor's Requests 3-6, 11, and 12) as "Confidential" and not "Attorneys' Eyes Only" for purposes of the *Confidentiality and Protective Order* entered in this Bankruptcy Case, and (ii) that Colorado Third Street, LLC ("**CTS**" or "**Lender**") produce all additional Lender Identity

---

[1] The Debtor in this chapter 11 case, along with its last four digits of its federal tax identification number is: WC 4th and Colorado, LP (1759).

[2] Capitalized Terms not otherwise defined herein shall have the same meaning as defined in the Motion.

5559378.1 FJR 23061.20

Information with the designation of "Confidential" to Debtor within one (1) business day of entry of the Discovery Order.

2. Lender has voluntarily re-designated as "Confidential" certain documents produced to Debtor with the Attorneys' Eyes Only designation as part of Lender's original document production.

3. On October 21, 2020, Lender produced additional documents responsive to the Lender Identity Information to Debtor with the proper "Confidential" designation (the "**Supplemental Identity Production**").

4. Debtor has not yet had the opportunity determine if the Supplemental Identity Production is a complete production of all Lender Identity Information and therefore reserves all rights to seek additional relief to enforce the terms of the Discovery Order.

DATED: October 22, 2020

                    Respectfully submitted,

                    **FISHMAN JACKSON RONQUILLO PLLC**

                    /s/ Mark H. Ralston
                    Mark H. Ralston
                    State Bar No. 16489460
                    Fishman Jackson Ronquillo PLLC
                    Three Galleria Tower
                    13155 Noel Road, Suite 700
                    Dallas, TX 75240
                    Telephone: (972) 419-5544
                    Facsimile: (972) 4419-5500
                    E-mail: mralston@fjrpllc.com

                    COUNSEL FOR DEBTOR WC 4TH
                    AND COLORADO, LP

-3-

## CERTIFICATE OF SERVICE

      This is to certify that the undersigned caused a true and correct copy of the foregoing document to be served on the parties listed on the attached service list by First Class United States Mail and on all persons receiving electronic notice of filings in this case through the ECF system.

                                                /s/ Mark H. Ralston
                                                Mark H. Ralston