Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

WC 4th and Colorado, LP
c/o Brian Elliot
814 Lavaca Street
Austin, TX 78701

Third Colorado Street, LLC
500 W 2nd Street, Suite 1900
Austin, Texas 78701

Kone Elevators
PO Box 894156
Los Angeles, CA 90189-4156

KONE, Inc.
5101 E St. Elmo #315
Austin, TX 78744

Heads up Cleaning Services
PO Box 293
Lockhart, TX 78644

Will's All Pro Plumbing and Air
7847 Fortune Drive
San Antonio, TX 78250

Clarke Kent Plumbing, Inc
1408 W. Ben White Blvd.
Austin, TX 78704

Vanguard Fire Systems, LP
2340 Patterson Industrial Dr
Pflugerville, TX 78660

Inoca Holdco II LLC
FCS Fox Commercial Services, LLC
PO Box 19047
Austin, TX 78760

Facility Solutions Group, Inc.
11010 Metromont Pkwy
Charlotte, NC 28269

ABC Home and Commercial Services
9475 E Highway 290
Austin, TX 78724-2303

Arnold & Placek, P.C.
203 E. Main Street, Suite 201
Round Rock, TX 78664

LPZ Electric LLC
1533 N Interstate 35, Suite #6
Pflugerville, TX 78660

Beckett Electrical Services, LLC
PO Box 81381
Austin, TX 78708

The Lost Lei/DW Hospitality, LLC
2918 Bellamy Circle
Cedar Park, TX 78613

JAC Entertainment, LLC
8114 B Baywood
Austin, TX 78759

Parkerjazz, LLC
10504 Pinehurst Drive
Austin, TX 78747

Rare Hospitality of Texas LP
Capital Grille #8053
PO Box 695012
1000 Darden Center Drive
Orlando, FL 32837

RA Sushi Austin Corp
c/o Mr. Sojan Easow
5201 Tennyson Pkwy, Ste 200
Plano, TX 75024

Jason G. Cohen
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002

William A. Wood III
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002

Christopher L. Dodson
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002

Sangreal Investments, LLC
c/o Andy Geller, Western Peak Investment Advisors,
3502 Sacred Moon Cove
Austin, TX 78746

Independence Holdings I, LLC
3909 Balcones Dr
Austin, TX 78731