**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: WC 4th and Colorado, LP
CASE NUMBER: 20 -10881- tmd
PROPOSED PLAN DATE: TBD

PETITION DATE: 8/4/2020
DISTRICT OF TEXAS: Western
DIVISION: Austin

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH SEPTEMBER YEAR 2020

| MONTH | 8/5 - 8/31/20 | 9/1 - 9/30/20 | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 5,837.45 | 143,001.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 8,693.44 | 138,304.36 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 8,693.44 | 138,304.36 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 20.00 | 1,663.46 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( X ) NO ( ) | 05-31-2021 |
| LIABILITY | YES ( X ) NO ( ) | 05-31-2021 |
| VEHICLE | YES ( X ) NO ( ) | 05-31-2021 |
| WORKER'S | YES ( ) NO ( ) | NA |
| OTHER | YES ( ) NO ( ) | NA |

| | CIRCLE ONE |
|---|---|
| Are all accounts receivable being collected within terms? | Yes ( No ) - Tenants are refusing to pay Net Lease payments due to COVID |
| Are all post-petition liabilities, including taxes, being paid within terms? | ( Yes ) No |
| Have any pre-petition liabilities been paid? | Yes ( No ) |
| If so, describe | |
| Are all funds received being deposited into DIP bank accounts? | ( Yes ) No |
| Were any assets disposed of outside the normal course of business? | Yes ( No ) |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | ( Yes ) No |
| What is the status of your Plan of Reorganization? | |

ATTORNEY NAME: Mark Ralston
FIRM NAME: Fishman, Jackon, Ronquillo
ADDRESS: 13155 Noel Road, Suite 700
CITY, STATE, ZIP: Dallas, TX 75240
TELEPHONE/FAX: 972.419.5544

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X [signature] (ORIGINAL SIGNATURE) TITLE: President

Natin Paul
(PRINT NAME OF SIGNATORY)

10/21/2020
DATE

Revised 07/01/98

**CASE NAME:** WC 4th and Colorado, LP
**CASE NUMBER:** 20 -10881- tmd

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 08/04/20 | MONTH August | MONTH September | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 39,933.46 | 51,902.25 | 214,384.05 | | | | |
| Accounts Receivable, Net | 191,944.80 | 197,782.25 | 251,121.04 | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | 20,000.00 | 20,000.00 | 20,000.00 | | | | |
| Investments | | | | | | | |
| Other - Cash Held by Lender | 159,757.85 | 159,757.85 | 159,757.85 | | | | |
| TOTAL CURRENT ASSETS | 411,636.11 | 429,442.35 | 645,262.94 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 13,402,546.02 | 13,402,546.02 | 13,402,546.02 | | | | |
| Less Accumulated Depreciation | 4,087,761.02 | 4,087,761.02 | 4,087,761.02 | | | | |
| NET BOOK VALUE OF PP & E | 9,314,785.00 | 9,314,785.00 | 9,314,785.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Net Capitalized Costs | 586,465.30 | 586,465.30 | 586,465.30 | | | | |
| 2. TRO Bond | 25,000.00 | 25,000.00 | 25,000.00 | | | | |
| 3. | 0.00 | 0.00 | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $10,337,886.41 | $10,355,692.65 | $10,571,513.24 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**CASE NAME:** WC 4th and Colorado, LP
**CASE NUMBER:** 20 -10881- tmd

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 08/04/20 | MONTH August | MONTH September | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 9,112.80 | 86,629.03 | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 7,718,564.57 | 7,718,564.57 | 7,718,564.57 | | | | |
| Priority Debt | 23,939.41 | 23,939.41 | 23,939.41 | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 59,060.32 | 59,060.32 | 59,060.32 | | | | |
| Other - Judgement & RE Taxes | 458,708.12 | 458,708.12 | 458,708.12 | | | | |
| TOTAL PRE-PETITION LIABILITIES | 8,260,272.42 | 8,260,272.42 | 8,260,272.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 8,260,272.42 | 8,269,385.22 | 8,346,901.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 5,500,000.00 | 5,500,000.00 | 5,500,000.00 | | | | |
| RETAINED EARNINGS: Filing Date | -3,422,386.01 | -3,422,386.01 | -3,422,386.01 | | | | |
| RETAINED EARNINGS: Post Filing Date | | 8,693.44 | 146,997.80 | | 0.00 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 2,077,613.99 | 2,086,307.43 | 2,224,611.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $10,337,886.41 | $10,355,692.65 | $10,571,513.24 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*

$0.00 $0.00 $0.00

**CASE NAME:** WC 4th and Colorado, LP
**CASE NUMBER:** 20 -10881- tmd

# SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH August | MONTH September | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| ***TRADE ACCOUNTS PAYABLE*** | 0.00 | 0.00 | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Prepaid Rent | 9,112.80 | 86,629.03 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $9,112.80 | $86,629.03 | $0.00 | $0.00 | $0.00 | $0.00 |

***Payment requires Court Approval**

**CASE NAME:** WC 4th and Colorado, LP
**CASE NUMBER:** 20 -10881- tmd

**AGING OF POST-PETITION LIABILITIES**
**MONTH** September

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | 0.00 | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | August | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | -21,711.86 | 56,372.55 | | | | |
| 31-60 DAYS | 3,252.51 | -21,711.86 | | | | |
| 61-90 DAYS | 49,164.47 | 3,252.51 | | | | |
| 91+ DAYS | 338,818.04 | 387,982.51 | | | | |
| TOTAL | $369,523.16 | $425,895.71 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

**Note: The secured lender invoked their assignment of rents pre-petition and collected $159,757.85.**

**AR Aging is before the Allowance for Doubtful collections.**

**CASE NAME:** WC 4th and Colorado, LP
**CASE NUMBER:** 20 -10881- tmd

# STATEMENT OF INCOME (LOSS)

| | MONTH 8/5 - 8/31/20 | MONTH 9/1 - 9/30/20 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 5,837.45 | 143,001.58 | | | | | 148,839.03 |
| TOTAL COST OF REVENUES (Allowance for DA) | | 3,033.76 | | | | | 3,033.76 |
| GROSS PROFIT | 5,837.45 | 139,967.82 | 0.00 | 0.00 | 0.00 | 0.00 | 145,805.27 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative (Insurance) | 0.00 | | | | | | 0.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | | | | 0.00 |
| Other - Bank Charges | 20.00 | 420.00 | | | | | 440.00 |
| Other - Utilities | -2,875.99 | 1,243.46 | | | | | -1,632.53 |
| **TOTAL OPERATING EXPENSES** | -2,855.99 | 1,663.46 | 0.00 | 0.00 | 0.00 | 0.00 | -1,192.53 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 8,693.44 | 138,304.36 | 0.00 | 0.00 | 0.00 | 0.00 | 146,997.80 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 8,693.44 | 138,304.36 | 0.00 | 0.00 | 0.00 | 0.00 | 146,997.80 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $8,693.44 | $138,304.36 | $0.00 | $0.00 | $0.00 | $0.00 | $146,997.80 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

* *Footnote Mandatory.*

* * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**CASE NAME:** WC 4th and Colorado, LP
**CASE NUMBER:** 20 -10881- tmd

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 8/5 - 8/31/20 | MONTH 9/1 - 9/30/20 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $39,933.46 | $51,902.25 | $214,384.05 | $214,384.05 | $214,384.05 | $214,384.05 | $39,933.46 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES - Prepaid Rent | 9,112.80 | 77,516.23 | | | | | 86,629.03 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | 86,629.03 | | | | | 86,629.03 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) COA Refund | 2,875.99 | | | | | | 2,875.99 |
| TOTAL RECEIPTS** | 11,988.79 | 164,145.26 | 0.00 | 0.00 | 0.00 | 0.00 | 176,134.05 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 1,243.46 | | | | | 1,243.46 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) Bank Charges | 20.00 | 420.00 | | | | | 440.00 |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | 20.00 | 1,663.46 | 0.00 | 0.00 | 0.00 | 0.00 | 1,683.46 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS**** | 20.00 | 1,663.46 | 0.00 | 0.00 | 0.00 | 0.00 | 1,683.46 |
| 22. NET CASH FLOW | 11,968.79 | 162,481.80 | 0.00 | 0.00 | 0.00 | 0.00 | 174,450.59 |
| 23. CASH - END OF MONTH (MOR-2) | $51,902.25 | $214,384.05 | $214,384.05 | $214,384.05 | $214,384.05 | $214,384.05 | $214,384.05 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

$0.00

**CASE NAME:** WC 4th and Colorado, LP
**CASE NUMBER:** 20 -10881- tmd

# CASH ACCOUNT RECONCILIATION
## MONTH OF September

| BANK NAME | Security State Bank | Mechanics Bank | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 5323 | # 4566 | # | | |
| ***ACCOUNT TYPE*** | ***OPERATING*** | ***OPERATING DIP*** | ***TAX*** | ***OTHER FUNDS*** | ***TOTAL*** |
| BANK BALANCE (1) | 0.00 | 214,384.05 | | | $214,384.05 |
| DEPOSITS IN TRANSIT (2) | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $214,384.05 | $0.00 | $0.00 | $214,384.05 |
| BEGINNING CASH - PER BOOKS | 0.00 | 9,112.80 | | | $9,112.80 |
| RECEIPTS* | 0.00 | 164,145.26 | | | $164,145.26 |
| TRANSFERS BETWEEN ACCOUNTS | | 42,769.45 | | | $42,769.45 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | 1,643.46 | | | $1,643.46 |
| ENDING CASH - PER BOOKS | $0.00 | $214,384.05 | $0.00 | $0.00 | $214,384.05 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** WC 4th and Colorado, LP
**CASE NUMBER:** 20 -10881- tmd

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. **NONE** | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. **NONE** | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |